WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Ramir M. Hernandez, Esq.
Nevada Bar No. 13146
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
rhernandez@wrightlegal.net
*Attorneys for Defendant, Conn Appliances, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ZAKARI PERRY,<br><br>    Plaintiff,<br><br>    vs.<br><br>TRANS UNION LLC, CONN APPLIANCES, INC., AND BARCLAYS BANK DELAWARE,<br><br>    Defendants. | Case No.:  2:20-cv-01500-APG-NJK<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT (FIRST REQUEST)** |

Plaintiff, Zakari Perry ("Plaintiff"), and Defendant, Conn Appliances, Inc. ("Conn") (collectively the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

On August 12, 2020, Plaintiff filed the Complaint [ECF No. 1]. Conn was served with Plaintiff's Complaint on August 17, 2020. As such, Conn's deadline to respond to the Complaint was September 7, 2020.  Counsel for Conn was not retained until September 16, 2020. The Parties have discussed extending the deadline for Conn to respond to Plaintiff's Complaint by an additional thirty days to allow for better investigation of the allegations against Conn.

WHEREAS, the Parties hereby stipulate and agree to extend the deadline for Conn to file its responsive pleading to Plaintiff's Complaint to October 7, 2020.

This is the first stipulation for extension of time for Conn to file its responsive pleading. The extension is requested in good faith and is not for purposes of delay or prejudice to any other party.

1     As part of this stipulation, Conn agrees to participate in any Rule 26(f) conference that
2 occurs during the pendency of this extension.

3     DATED this 17th day of September, 2020.

| WRIGHT, FINLAY & ZAK, LLP | KIND LAW |
|---|---|
| */s/ Ramir M. Hernandez* | */s/ Michael Kind* |
| Darren T. Brenner, Esq.<br>Nevada Bar No. 8386<br>Ramir M. Hernandez, Esq.<br>Nevada Bar No. 13146<br>7785 W. Sahara Ave., Suite 200<br>Las Vegas, NV 89117<br>*Attorneys for Defendant, Conn Appliances, Inc.* | Michael Kind, Esq.<br>Nevada Bar No. 13903<br>8860 South Maryland Parkway, Suite 106<br>Las Vegas, Nevada 89123<br>*Attorneys for Plaintiff, Zakari Perry* |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED:   September 18, 2020